**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**DAVID BATES,**

        **Plaintiff(s),**         **CASE NUMBER: 06-13470
HONORABLE VICTORIA A. ROBERTS**

**v.**

**MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant(s).**
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On July 31, 2007, Magistrate Judge Steven D. Pepe submitted a Report and Recommendation **[Doc. 11]** recommending that the Court grant Defendant's Motion for Summary Judgment **[Doc. 9]** and deny Plaintiff's Motion for Summary Judgment **[Doc. 8]**. Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendation. The Court, therefore, **GRANTS** Defendant's Motion for Summary Judgment and **DENIES** Plaintiff's Motion for Summary Judgment.

    **IT IS SO ORDERED.**

                                        s/Victoria A. Roberts
                                        Victoria A. Roberts
                                        United States District Judge

Dated: September 10, 2007

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 10, 2007.

s/Linda Vertriest
Deputy Clerk